JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUGUST IMAGE, LLC, | No. 2:25-cv-11123-JAK (MAAx) |
| Plaintiff, | **JUDGMENT AGAINST DEFENDANT KEVIN FRAZIER PRODUCTIONS, INC.** |
| v. | |
| KEVIN FRAZIER PRODUCTIONS, INC., et al. | |
| Defendants. | |

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff August Image, LLC and against Defendant Kevin Frazier Productions, Inc. Relief is granted for Plaintiff and against Defendant in the amount of $22,302.24, consisting of $20,000 in statutory damages, $502.24 in costs, and $1,800 in attorneys' fees.

The Doe Defendants are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  March 20, 2026

_____
John A. Kronstadt
United States District Judge

2